## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | | |
|---|---|---|
| **KAPITUS SERVICING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.** 3:25cv846 |
| | ) | |
| | ) | |
| **TERRI JERKINS,** | ) | |
| **d/b/a MIDSTATE ENDOCRINE ASSOCIATES** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>NOTICE OF REMOVAL</u>

Defendant Terri Jerkins, d/b/a Midstate Endocrine Associates ("Jerkins" or "Defendant"), hereby files this Notice of Removal of this Virginia State Court action, Case No. CL25008876-00 from the Circuit Court for the County of Chesterfield, Virginia, to the United States District Court for the Eastern District of Virginia, Richmond Division, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, based on the following facts:

1.      On or about September 15, 2025, Plaintiff, Kapitus Servicing, Inc. ("Kapitus" or "Plaintiff"), filed the above-entitled action in the Circuit Court for the County of Chesterfield, Virginia, and the action is now pending in such Court.  In the Complaint, Plaintiff is seeking collection of funds in the principal amount of $84,715.50, plus interest and attorneys' fees.

2.      A copy of the Complaint was mailed to Jerkins via United States Mail per the Certificate of Service attached to the Complaint, and such was received by Jerkins by regular mail on September 19, 2025.  A copy of a Summons was never served or received by Jerkins.  In any event, this notice is timely filed pursuant to 28 U.S.C. § 1446(b) in that thirty days have not expired since Defendant Jerkins' receipt of a copy of, and first notice of, the Complaint in the mail.

3.    This Court has original subject matter jurisdiction over this action under 28 U.S.C. § 1332, diversity of citizenship, as this is a case that involves citizens of different states, and the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs.

4.    Plaintiff is a corporation organized and existing pursuant to the laws of the Commonwealth of Virginia.  See, Report of the Virginia State Corporation Commission for Kapitus Servicing, Inc, attached hereto as **Exhibit A**.

5.    For the purposes of 28 U.S.C. § 1332(a), Defendant Jerkins is a citizen and resident of Tennessee.  (Compl. ¶ 1).

6.    The value of the matter in dispute in this case, upon information and belief, exceeds the sum of Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, as it appears from the allegations contained in Plaintiff's Complaint.  (Compl. "WHEREFORE" (following ¶ 20)).

7.    Consequently, this action is one over which the District Court of the United States has original jurisdiction pursuant to 28 U.S.C. § 1332.

8.    Venue of this removal action is proper under 28 U.S.C. § 1441(a) and 28 U.S.C. § 127(b) because this Court is the United States District Court for the district and division corresponding to the place where the state court action was pending. *See* E.D. Va. Local Rule 3(b)(4) (Chesterfield County within the Richmond Division).

9.    The causes of action set forth in the Complaint do not constitute non-removable actions under 28 U.S.C. § 1445.

10.    After filing this Notice of Removal, Defendant will promptly serve written notice of this Notice of Removal on counsel for all adverse parties and file the same with the Clerk of the Circuit Court for the County of Chesterfield, Virginia in accordance with 28 U.S.C. § 1446(d).

2

11.     A true and correct copy of all process, pleadings and orders served on Defendant in the Circuit Court for the County of Chesterfield, Virginia is attached as **Exhibit B**.  Because Defendant was never served with the Complaint in the Circuit Court for the County of Chesterfield, Defendant has not filed an Answer or otherwise responded to the Complaint to date, and will do so within the time permitted by Fed. R. Civ. P. 81(c) after removal.

12.     By removing this action from the Circuit Court for the County of Chesterfield, Virginia, Defendant does not waive any defenses available to it.

13.     By removing this action from the Circuit Court for the County of Chesterfield, Virginia, Defendant does not admit any of the allegations in Plaintiff's Complaint.

WHEREFORE, Defendant Terri Jerkins, d/b/a Midstate Endocrine Associates, removes the above-captioned action from the Circuit Court for the County of Chesterfield, Virginia to the United States District Court for the Eastern District of Virginia, Richmond Division.

Dated this 14th day of October, 2025

**TERRI JERKINS,
d/b/a MIDSTATE ENDOCRINE ASSOCIATES,**

By Counsel,

/s/ Pietro F. Sanitate_____
John W. Francisco (VSB No. 85087)
Woods Rogers Vandeventer Black, PLC
828 Main Street, Ste. 19
Lynchburg, Virginia 24504
Phone: (434) 846-9000
Email: John.Francisco@woodsrogers.com


Pietro F. Sanitate (VSB No. 89538)
WOODS ROGERS VANDEVENTER BLACK
PLC
901 E Byrd Street, Suite 1600
Richmond, VA 23219
Ph: (804) 343-5029

3

Fax: (804) 799-7885
Email: pietro.sanitate@woodsrogers.com
*Counsel for Terri Jerkins, d/b/a Midstate Endocrine*
*Associates*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on the 14th day of October, 2025, I served the foregoing **"NOTICE OF REMOVAL TO FEDERAL COURT"** to counsel of record via e-mail and U.S. Mail, postage prepaid, in an envelope properly addressed as follows:

Nhon H. Nguyen
Nguyen Ballato
2201 Libbie Avenue
Richmond, VA 23230
Email: nhon@nblawplc.com
(804) 788.7070 (Main)
(804) 788.7676 (Fax)
*Counsel for Plaintiff*

*/s/ Pietro F. Sanitate*
Pietro F. Sanitate

4