# EXHIBIT A

State Corporation Commission
Clerk's Information System

## Entity Information

### Entity Information

| | | | |
|---|---|---|---|
| Entity Name: | Kapitus Servicing Inc. | Entity ID: | 08112740 |
| Entity Type: | Stock Corporation | Entity Status: | Active |
| Series LLC: | N/A | Reason for Status: | Active and In Good Standing |
| Formation Date: | 11/04/2016 | Status Date: | 11/04/2016 |
| VA Qualification Date: | 11/04/2016 | Period of Duration: | Perpetual |
| Industry Code: | 0 - General | Annual Report Due Date: | N/A |
| Jurisdiction: | VA | Charter Fee: | $200.00 |
| Registration Fee Due Date: | Not Required | | |

### Registered Agent Information

| | | | |
|---|---|---|---|
| RA Type: | Entity | Locality: | RICHMOND CITY |
| RA Qualification: | BUSINESS ENTITY THAT IS AUTHORIZED TO TRANSACT BUSINESS IN VIRGINIA | | |
| Name: | CORPORATION SERVICE COMPANY | Registered Office Address: | 100 SHOCKOE SLIP, 2ND FLOOR, RICHMOND, VA, 23219 - 0000, USA |

Privacy Policy    Contact Us



## Principal Information

| Title | Director | Name | Address | Last Updated |
|---|---|---|---|---|
| Secretary, General Counsel | Yes | Michael Jesse Carlson | 2500 Wilson Blvd., Suite 350, Arlington, VA, 22201, USA | 11/09/2022 |
| | Yes | Benjamin Johnston | 2500 Wilson Blvd., Suite 350, Arlington, VA, 22201, USA | 09/11/2025 |
| Chief Executive Officer | Yes | Andrew Reiser | 2500 Wilson Blvd., Suite 350, Arlington, VA, 22201, USA | 11/09/2022 |
| Chief Financial Officer | Yes | Anthony Rose | 2500 Wilson Blvd., Suite 350, Arlington, VA, 22201, USA | 11/09/2022 |

## Current Shares

Total Shares:  100000