**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | |
|---|---|
| **KAPITUS SERVICING, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Civil Action No. 3:25-cv-846** |
| | ) |
| | ) |
| **TERRI JERKINS,** | ) |
| **d/b/a MIDSTATE ENDOCRINE** | ) |
| **ASSOCIATES,** | ) |
| | ) |
| **Defendant.** | ) |

**MOTION TO SUBSTITUTE COUNSEL**

Plaintiff, Kapitus Servicing, Inc., ("Kapitus"), by counsel, files this Motion to Substitute

Counsel, and respectfully requests that the Court permit the withdrawal of the following counsel

of record:

> Nhon H. Nguyen
> Nguyen Ballato
> 2201 Libbie Avenue
> Richmond, VA 23230
> Email: nhon@nblawplc.com
> (804) 788.7070 (Main)
> (804) 788.7676 (Fax)

Kapitus further respectfully requests that the following counsel be allowed to substitute as

counsel of record and to represent Kapitus for all purposes in this matter:

> Jeffrey Geiger (VSB #40163)
> Laura Maughan (VSB #87798)
> Sands Anderson, PC
> 919 E. Main Street, Suite 2300 (Zip 23219)
> PO Box 1998
> Richmond, VA  23218
> (804) 648-1636 (Main)
> (804) 783-7291 (fax)
> jgeiger@sandsanderson.com
> lmaughan@sandsanderson.com

1

Undersigned Counsel represents to this Court that she has communicated with an authorized representative of Kapitus and with outgoing counsel, Mr. Nguyen. Both Kapitus and Mr. Nguyen are in agreement with and support this Motion to Substitute Counsel.

WHEREFORE, Kapitus respectfully requests that the Court enter an Order permitting the withdrawal of the law firm Nguyen Ballato, and its attorney, Nhon H. Nguyen, and substituting Sands Anderson PC, and its attorneys, Jeffrey Geiger and Laura Maughan, as their counsel of record.  A proposed Order is submitted herewith.

Dated:  October 24, 2025.                    Respectfully submitted,

**KAPITUS SERVICING, INC.**

*By Counsel*

_____/s/_____

Nhon H. Nguyen
Nguyen Ballato
2201 Libbie Avenue
Richmond, VA 23230
nhon@nblawplc.com
(804) 788.7070 (Main)
(804) 788.7676 (Fax)
*Counsel for Plaintiff Kapitus Servicing, Inc.*

_____/s/_____

Jeffrey Geiger (VSB #40163)
Laura Maughan (VSB #87798)
Sands Anderson, PC
919 E. Main Street, Suite 2300 (Zip 23219)
PO Box 1998
Richmond, VA  23218
(804) 648-1636 (Main)
(804) 783-7291 (fax)
jgeiger@sandsanderson.com
lmaughan@sandsanderson.com

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the CM/ECF users noted below:

John W. Francisco, Esq. (VSB No. 85087)
Woods Rogers Vandeventer Black, PLC
828 Main Street, Ste. 19
Lynchburg, Virginia 24504
Phone: (434) 846-9000
John.Francisco@woodsrogers.com

Pietro F. Sanitate (VSB No. 89538)
Woods Rogers Vandeventer Black, PLC
901 E Byrd Street, Suite 1600
Richmond, VA 23219
Ph:(804) 343-5029
Fax:(804) 799-7885
pietro.sanitate@woodsrogers.com

*Attorneys for Defendant*

_____/s/_____
Laura Maughan (VSB #87798)
Sands Anderson PC

3