**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

| | | |
|---|---|---|
| **KAPITUS SERVICING, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 3:25-cv-846** |
| | ) | |
| | ) | |
| **TERRI JERKINS,** | ) | |
| **d/b/a MIDSTATE ENDOCRINE** | ) | |
| **ASSOCIATES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>UNOPPOSED MOTION FOR LEAVE TO AMEND AND EXTEND DEADLINES</u>**

Plaintiff, Kapitus Servicing, Inc., ("Kapitus"), by counsel, respectfully submits this Unopposed Motion seeking leave to file its First Amended Complaint and to address response deadlines following the filing of its First Amended Complaint. In support of this request, the parties state the following:

1. Kapitus seeks leave to file its First Amended Complaint. A copy of the proposed First Amended Complaint is attached to this Motion.

2. Defendant Terri Jerkins d/b/a Midstate Endocrine Associates ("Dr. Jerkins") does not oppose the relief requested in Kapitus's Motion, without waiving any arguments she may have in opposition to the First Amended Complaint.

3. The parties, by counsel, have conferred and discussed the timing of Dr. Jerkins's response to Kapitus's First Amended Complaint, and have agreed to the following deadlines:

   a. Dr. Jerkins's response to the First Amended Complaint will be filed on or before March 20.

1

b. If Dr. Jerkins's response to the First Amended Complaint requires any response from Kapitus (if, for example, Dr. Jerkins were to file a motion to dismiss or a counterclaim), Kapitus's response to any such filing would be due on or before April 10.

c. If Kapitus's April 10 response requires a reply from Dr. Jerkins, her reply would be filed on or before April 16.

4. The parties request these brief extensions of the typical response deadlines to provide additional needed time to prepare appropriate responses for their clients in light of counsels' other professional and personal obligations.

5. The parties agree that these brief extensions of time will not delay the discovery process.

6. The parties foresee no reason that these brief extensions would require a delay of any other pretrial deadline previously set in this case.

7. Neither party will be prejudiced by this brief extension, both parties are represented by counsel, and both parties have evaluated and consented to the terms outlined herein.

8. The Motion and relief requested herein are sought in good faith and constitute good cause for the brief extensions of time requested.

Accordingly, for the reasons outlined herein, and consistent with Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, Kapitus respectfully requests that the Court enter the attached proposed order granting this unopposed Motion.

Dated:  February 28, 2026

Respectfully submitted,

**KAPITUS SERVICING, INC.**

*By Counsel*

_____/s/ Laura Maughan_____
Jeffrey Geiger (VSB #40163)
Laura Maughan (VSB #87798)
Sands Anderson, PC
919 E. Main Street, Suite 2300 (Zip 23219)
PO Box 1998
Richmond, VA  23218
(804) 648-1636 (Main)
(804) 783-7291 (fax)
jgeiger@sandsanderson.com
lmaughan@sandsanderson.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2026, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to the CM/ECF users noted below:

John W. Francisco, Esq. (VSB No. 85087)
Robert A. DeRise (VSB No. 78431)
Woods Rogers Vandeventer Black, PLC
828 Main Street, Ste. 19
Lynchburg, Virginia 24504
Phone: (434) 846-9000
John.Francisco@woodsrogers.com
Robert.DeRise@woodsrogers.com

Pietro F. Sanitate (VSB No. 89538)
Woods Rogers Vandeventer Black, PLC
901 E Byrd Street, Suite 1600
Richmond, VA 23219
Ph:(804) 343-5029
Fax:(804) 799-7885
pietro.sanitate@woodsrogers.com

*Attorneys for Defendant*

_____/s/ Laura Maughan_____
Laura Maughan (VSB #87798)
Sands Anderson PC

4